```
 1  Floyd W. Bybee, #012651
    FLOYD W. BYBEE, PLLC
 2  2173 E. Warner Road
    Suite 101
 3  Tempe, Arizona 85284
    Office:  (480) 756-8822
 4  Fax: (480) 756-8882
    floyd@bybeelaw.com
 5  Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert A. Scherbel, | No. CV 2006-0774-PHX-JWS |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Thunderbird Collection Specialists, Inc., | |
| Defendant. | |

Plaintiff, by and through counsel, and Defendant, by and through its President, hereby stipulate to dismiss this action with prejudice, each party to bear its own attorney's fees and costs incurred herein.

DATED  5-26-06  .

```
 s/ Floyd W. Bybee                          [signature]
Floyd W. Bybee, #012651              Steven Kaminskas, Pres.
FLOYD W. BYBEE, PLLC                 Thunderbird Collection
2173 E. Warner Rd. Ste. 101          Specialists, Inc.
Tempe, Arizona 85284                 7701 E. Indian School Road
Office:  (480) 756-8822              Suite g
Fax: 480) 756-8882                   Scottsdale, Arizona 85251
floyd@bybeelaw.com
Attorney for Plaintiff               Defendant Pro Per
```