# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*ROBERT A SCHERBEL*     v. *THUNDERBIRD COLLECTION SPECIALISTS, INC.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. **2:06-cv-00774-JWS** (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date: May 31, 2006

    The court has reviewed the stipulation for dismissal at docket 6 wherein the parties have agreed that this case will be dismissed with prejudice each side to bear its own costs.  Based upon the stipulation, the case is dismissed with prejudice, each party to bear its own costs.  The Clerk will please close the file.